JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ARMANDO SOTELO PASCACIO,

Petitioner,

v.

ROSEMARY NDOH, Warden,

Respondent.

Case No. 5:19-cv-01884-DOC-MAA

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed without prejudice.

DATED:  May 21, 2020

_David O. Carter_

_____

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE